## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALCON INC. and<br>ALCON LABORATORIES, INC.,<br><br>*Plaintiffs*,<br><br>v.<br><br>ALEMBIC PHARMACEUTICALS LTD. and<br>ALEMBIC PHARMACEUTICALS, INC.,<br><br>*Defendants*. | Civil Action No. _____ |

### SUPPLEMENTAL INFORMATION FOR PATENT CASES INVOLVING AN ABBREVIATED NEW DRUG APPLICATION (ANDA)

Plaintiffs Alcon Inc. and Alcon Laboratories, Inc. (collectively, "Alcon") hereby provide the information below with respect to the deadlines set forth in 21 U.S.C. §355(b)(2):

| | |
|---|---|
| Date Patentee(s) Received Notice: | No earlier than January 13, 2023 |
| Date of Expiration of Patent: | 8,791,154   May 19, 2032<br>9,533,053   May 19, 2032 |
| Thirty-Month Stay Deadline: | No earlier than July 13, 2025 |

Dated: February 22, 2023

OF COUNSEL:

Christopher J. Mandernach
WILLIAMS & CONNOLLY LLP
680 Maine Avenue SW
Washington, DC 20024
(202) 434-5000
(202) 434-5029 (Facsimile)
cmandernach@wc.com

McCARTER & ENGLISH, LLP

*/s/ Daniel M. Silver*
Daniel M. Silver (#4758)
Alexandra M. Joyce (#6423)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
(302) 984-6300
dsilver@mccarter.com
ajoyce@mccarter.com

*Attorneys for Plaintiffs Alcon Inc. and Alcon Laboratories, Inc.*

ME1 44209473v.1